IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

## BAIL STATUS AND ORDER

NO - INTERPRETER NEEDED : IA/AC/Identity

Date of Arrest:

July 31, 2009
ESR OPERATOR: Sandy Malloy

UNITED STATES OF AMERICA : DUTY AUSA Mary Kay Costello

v. No: 09-1253-M

MAURICE KEVIN HILL

Fed. Def. Assoc. - Appointed
(James McHugh, Esq., was present)

*FILED JUL 3 1 2009 MICHAEL E. KUNZ, Clerk By: ___ Dep. Clerk*

After hearing held this day pursuant to the Federal Rules of Criminal Procedure, or after hearing pursuant to government's motion, the bail status as to the above-named defendant is as follows:

[] The Government's Motion for Temporary Detention is Granted. A detention hearing and arraignment hearing are scheduled

[] The Defendant stipulated to detention.

[] The Government's Motion for Pretrial Detention is Granted. The Defendant is detained pending further proceedings.

[] The Government's Motion for Detention is Denied. See attached Conditions of Release Order.

[] The Government and Defense have agreed to conditions of release. See attached Conditions of Release Order.

**[X] Other: Defendant's request for a detention hearing is granted. The detention hearing is set for August 3, 2009 before Magistrate Judge Carol Sandra Moore Wells. Defendant waives his right to an identity hearing.**

*[] AFTER A HEARING, PROBABLE CAUSE WAS FOUND BY THE COURT.*
*[] PLEA: NOT GUILTY TO ALL COUNT(S). Counsel have 10 days to file pretrial motions.*

BY:

_____
THOMAS J. RUETER
CHIEF MAGISTRATE JUDGE

***TIME IN COURT: 10 MINUTES***

*(Form Revised December, 2007)*