IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

## BAIL STATUS AND ORDER

| | | |
|---|---|---|
| ___ INTERPRETER NEEDED | : | **REMOVAL - MIDDLE DISTRICT OF GEORGIA** |
| | | August 3, 2009 |
| | : | ESR OPERATOR: S. Malloy |
| UNITED STATES OF AMERICA | : | AUSA Mary Kay Costello |
| v. | : | Mag. No: 09-1253-M |
| MAURICE KEVIN HILL | : | Mara Meehan |
| | : | [] CJA Appointed |
| | | [] Retained |
| | | [X] Defenders' Assn. Apptd. |

After hearing held this day pursuant to the Federal Rules of Criminal Procedure, or after hearing pursuant to government's motion, the bail status as to the above-named defendant is as follows:

[] Defense Motion for a continuance is Granted. A detention hearing is scheduled for .

[] The Defendant stipulated to [] probable cause and/or [] pretrial detention.

[] The Government's Motion for Pretrial Detention is Granted. The Defendant is detained pending further proceedings.

[] The Government's Motion for Pretrial Detention is Denied. See attached Conditions of Release Order.

[] The Government and Defense have agreed to conditions of release. See attached Conditions of Release Order.

[X] Other - Court orders Defendant detained pending removal to the Middle District of Georgia.

[] AFTER A HEARING, PROBABLE CAUSE WAS FOUND BY THE COURT.
[] PLEA: NOT GUILTY TO ALL COUNT(S). Counsel have 10 days to file pretrial motions.

BY:

/s/ Carol Sandra Moore Wells
*CAROL SANDRA MOORE WELLS*
*UNITED STATES MAGISTRATE JUDGE*

**TIME IN COURT   12  MINUTES**
*(Form Revised December, 2007)*